FILED

2008 JUN 30 AM 11: 35

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF

v.

Alexandru Sabau, DEFENDANT(S)

CASE NUMBER: 08-1512M

### REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 6-27-08 @ 1600  ☐ AM / ☒ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   21 USC 841
3. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
4. U.S. Citizen: ☐ Yes   ☒ No   ☐ Unknown
5. Year of Birth: 1970
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): _____
8. Date detainer placed on defendant: 6-30-08
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
10. Name of Pretrial Services Officer: Hill
11. Remarks (if any): Retainer placed

12. Date: 6-30-08
13. Signature: [signature]
14. Name: Mike Corkery
15. Title: ICE Special Agent

CR-64 (07/05)                    REPORT COMMENCING CRIMINAL ACTION