UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

October 2007 Grand Jury

| UNITED STATES OF AMERICA, | ) SA **SA CR 08 - 00191** |
|---|---|
| Plaintiff, | ) <u>I N D I C T M E N T</u> |
| v. | ) [21 U.S.C. § 841(a)(1): Distribution and Possession with Intent to Distribute 3,4-Methylenedioxymethamphetamine] |
| ALEXANDRU SABAU, | ) |
| Defendant. | ) |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 841(a)(1)]

On or about April 12, 2008, in Orange County, within the Central District of California, defendant ALEXANDRU SABAU knowingly and intentionally distributed approximately 1,000 tablets of a mixture or substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (also known as "MDMA"), a schedule I controlled substance.

COUNT TWO

[21 U.S.C. § 841(a)(1)]

On or about April 28, 2008, in Orange County, within the Central District of California, defendant ALEXANDRU SABAU knowingly and intentionally distributed approximately 4,893 tablets (1,389 grams) of a mixture or substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (also known as "MDMA"), a schedule I controlled substance.

## COUNT THREE

[21 U.S.C. § 841(a)(1)]

On or about June 27, 2008, in Orange County, within the Central District of California, defendant ALEXANDRU SABAU knowingly and intentionally possessed with intent to distribute approximately 101,843 tablets (24.87 kilograms) of a mixture or substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (also known as "MDMA"), a schedule I controlled substance.

A TRUE BILL

/S/
_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

DOUGLAS F. McCORMICK
Assistant United States Attorney
Acting Chief, Santa Ana Branch Office

TERRI K. FLYNN
Assistant United States Attorney