# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**ORIGINAL**

Case Number: **SA CR 08 - 00191**
U.S.A. v. __ALEXANDRU SABAU__
☒ Indictment   ☐ Information

Defendant Number __1__
Date of Birth __1970__
Investigative Agency (FBI, DEA, etc.) __ICE__

FILED 2008 JUL 16 PM 3:29

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

### OFFENSE/VENUE

a. Offense charged as a:   ☐ Petty Offense
   ☐ Misdemeanor  ☐ Minor Offense  ☒ Felony
b. Date of Offense: _____
c. County in which first offense occurred:
   __Orange County__
d. The crimes charged are alleged to have been committed in:
   CHECK **ALL** THAT APPLY
   ☐ Los Angeles   ☐ Ventura
   ☒ Orange        ☐ Santa Barbara
   ☐ Riverside     ☐ San Luis Obispo
   ☐ San Bernardino ☐ Other _____

Citation of offense: __21 U.S.C. § 841 (a)(1)__

### RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☒ No   ☐ Yes
   IF YES   Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

### PREVIOUSLY FILED COMPLAINT
A complaint was previously filed on: __6/26/08__
   Case Number: __08-01512M__
   Charging: __21 U.S.C. § 841(a)(1)__

The Complaint:   ☒ is still pending
   ☐ was dismissed on: _____

### COMPLEX CASE
Are there 8 or more defendants in the Indictment/Information?
   ☐ Yes*        ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*        ☒ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: _____

Case Number: _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge _____

☐ was previously dismissed on: _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*        ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*        ☐ No

Was a Notice of Complex Case filed on the Indictment of Information?
   ☐ Yes         ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:   ☐ Yes   ☒ No
IF YES, list language and/or dialect: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**OTHER**

- ☒ Male            ☐ Female
- ☒ U.S. Citizen    ☐ Alien
- Alies Name(s): _____

This defendant is charged in:   ☒ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 U.S.C. 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 U.S.C. 3166(b)(7).

Is defendant a juvenile:             ☐ Yes    ☒ No
IF YES, should matter be sealed?     ☐ Yes    ☐ No

The area of substantive law that will be involved in this case includes:
- ☐ financial institution fraud      ☐ public corruption
- ☐ government fraud                  ☐ tax offenses
- ☐ environmental issues              ☐ mail/wire fraud
- ☒ Other: Distribution and Possession with Intent to Distribute 3, 4-Methylenedioxymethamphetamine

**CUSTODY STATUS**

Defendant is **NOT** in custody:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   In the amount of $_____
c. PSA supervision?        ☒ Yes    ☐ No
d. Is a Fugitive?          ☐ Yes    ☒ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested:      ☐ Yes    ☐ No

Defendant is **IN** custody:
a. Place of incarceration:   ☐ State    ☒ Federal
b. Name of Institution:  MDC
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:    ☐ Yes    ☐ No
   IF YES    ☐ State    ☐ Federal    ☐ Writ of Issue
f. Awaiting trial on other charges:    ☐ Yes    ☐ No
   IF YES    ☐ State    ☐ Federal    AND
   Name of Court: _____
Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP.    ____ 20    ____ 21    ____ 400

---

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date: 7/15/08

*Signature of Assistant U.S. Attorney*

TERRI K. FLYNN
*Print Name*